# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERTO RODRIGUEZ,**

        **Plaintiff,**

**-vs-**                                          **Case No. 6:05-cv-586-Orl-18DAB**

**SERVICE MASTER PLUMBING**
**SERVICES, INC.,**
**THOMAS MOORE,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR SANCTIONS (Doc. No. 18)**
>
> **FILED:**       **September 22, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The motion fails to comply with Local Rule 3.01(g). Had counsel complied with the local rule, or reviewed the Court's docket prior to filing the motion, he would no doubt have discovered that the Plaintiff did, indeed, file the Answers to Interrogatories with the Court. *See* Doc. No. 15. Defense counsel is admonished that the local rule requiring conference with opposing counsel is designed to save counsel and the Court time and effort otherwise spent on unnecessary matters, such as this motion.

As for Plaintiff's counsel, the advent of electronic case filing does not obviate professional responsibilities. Counsel is admonished to take care in the future to assure that *service* is accomplished, as well as filing.

**DONE** and **ORDERED** in Orlando, Florida on October 3, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record