**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERTO RODRIGUEZ,**

        **Plaintiff,**

**-vs-**	Case No. 6:05-cv-586-Orl-31DAB

**THOMAS MOORE & HESS-MOORE ENTERPRISES, INC. d/b/a Service Master Plubming Services, Inc.,**

        **Defendants.**
_____

## ORDER

Upon consideration of the Joint Notice of Settlement and Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. 50), it is

**ORDERED** that the Motion is GRANTED. The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel. Therefore, the Settlement Agreement is approved and the case is dismissed with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 2, 2006.

                                                GREGORY A. PRESNELL
                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party